UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
HECTOR RUIZ,

                Petitioner,

    -against-

                                                             07 **CIVIL** 9461 (RMB)(THK)

UNITED STATES OF AMERICA,

                Respondent.
----------------------------------------------------------------x

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ____ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ____ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ____ | Specific Non-Dispositive Motion/Dispute:* _____ | ____ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | __X__ | Habeas Corpus |
| | | ____ | Social Security |
| ____ | Settlement* | ____ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| ____ | Inquest After Default/Damages Hearing | | Particular Motion: _____ |
| | | | All Such Motions: ____ |

* Do not check if already referred for general pretrial.

**SO ORDERED.**

Dated: New York, New York
       October 30, 2007



**RICHARD M. BERMAN**
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/2007