UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

HECTOR RUIZ,

              Petitioner,    :    07 Civ. 9461(RMB)(THK)

   -against-

                                            **ORDER**

UNITED STATES OF AMERICA,

              Respondent.

------------------------------------X

**THEODORE H. KATZ, United States Magistrate Judge.**

    This action for a writ of habeas corpus, filed pursuant to 28 U.S.C. § 2255, has been referred to me by the Honorable Richard M. Berman, United States District Judge. Upon the Court's preliminary consideration of the petition herein, it is hereby:

    ORDERED, that the Clerk shall serve, by certified mail, a copy of this Order upon the petitioner.

    ORDERED, that the Clerk shall serve, by certified mail, a copy of this Order and the petition herein upon the United States Attorney's Office for the Southern District of New York;

    ORDERED, that respondent serve and file an answer to the petition by January 18, 2008; respondent shall address the merits of the petition and the satisfaction of any procedural prerequisites; and it is further

    ORDERED, that any reply by petitioner to respondent's submissions shall be filed and served by February 8, 2008.

SO ORDERED.

_____
Theodore H. Katz
United States Magistrate Judge


Dated: November 19, 2007
       New York, New York


Copy mailed this date to:

Hector Ruiz
52567-054
C.I. Reeves III
P.O. Box 2038
Pecos, TX 79772

2