

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 17, 2008

**BY FACSIMILE**

Hon. Theodore H. Katz
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Hector Ruiz v. United States*,
            No. 07 Civ. 9461 (RMB) (THK)

Dear Judge Katz:

    I have been assigned to prepare the Government's response to the motion under 28 U.S.C. § 2255 submitted by Hector Ruiz in the above-captioned case. The motion alleges that Ruiz received constitutionally ineffective assistance from trial and appellate counsel, and that his conviction for conspiring to distribute one kilogram and more of heroin, in violation of 21 U.S.C. § 846, should be vacated on that basis.

    I write to request a two-week extension to the deadline set by the Court for the filing of the Government's response to the motion. The additional time is necessary to permit the Government to complete its examination of the voluminous record in this case, to review the motion with Ruiz's trial and appellate counsel, and to complete a full and detailed response to the motion.

*[Handwritten endorsement:]* The response to the Petition shall be filed by February 1, 2008. Any Reply shall be filed by February 22, 2008.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: *[signature]*
Howard S. Master
Assistant United States Attorney
Southern District of New York
(212) 637-2248

**SO ORDERED**
1/17/08
*[signature]*
THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

cc: Hector Ruiz

COPIES MAILED
TO COUNSEL OF RECORD ON  1/17/08

TOTAL P.02