APPEAL, CLOSED, CROSBY, PRIOR

# U.S. District Court
# United States District Court for the Southern District of New York (Foley Square)
# CRIMINAL DOCKET FOR CASE #: 1:02-cr-01290-RMB All Defendants

Case title: USA v. Saenz Duque et al
Related Case: 1:07-cv-09461-RMB-THK
Magistrate judge case numbers: 1:02-mj-01821
                                                                1:02-mj-01836

Date Filed: 10/01/2002

Assigned to: Judge Richard M. Berman

### Defendant (1)

**James Duque**
*COMPLAINT in violation of 21 846*
*TERMINATED: 06/20/2003*

represented by **Alan Robert Kaufman**
Buchwald & Kaufman
100 Park Avenue
New York, NY 10017
212-661-0040
Email: ark6003@aol.com
*TERMINATED: 06/20/2003*
*LEAD ATTORNEY*
*Designation: CJA Appointment*

**Don D. Buchwald**
Kelley Drye & Warren
101 Park Avenue
New York, NY 10178
(212) 661-0040
Fax: 212 370 9885
Email: DBuchwald@KelleyDrye.com
*TERMINATED: 06/20/2003*
*LEAD ATTORNEY*
*Designation: CJA Appointment*

**Pending Counts**
None

**Disposition**

**Highest Offense Level (Opening)**
None

**Terminated Counts**

**Disposition**

| | |
|---|---|
| 21:846=ND.F CONSPIRACY TO DISTRIBUTE NARCOTICS (HEROIN) (1) | Count(s) 1, 2 are dismissed. |
| 21:846=ND.F CONSPIRACY TO DISTRIBUTE NARCOTICS (1s) | The Defendant was found not guilty. It is ORDERED that the Defendant is acquitted, discharged and any bond exonerated. |
| 21:963=NI.F ATTEMPT/CONSPIRACY - NARCOTICS - IMPORTATION/EXPORTATION (IMPORTING HEROIN) (2) | Count(s) 1, 2 are dismissed. |
| 21:963=NI.F ATTEMPT/CONSPIRACY - NARCOTICS - IMPORTATION/EXPORTATION (2s) | The Defendant was found not guilty. It is ORDERED that the Defendant is acquitted, discharged and any bond exonerated. |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

Assigned to: Judge Richard M. Berman

Appeals court case number: 03-1735

### Defendant (2)

**William Saenz Duque**
*COMPLAINT in violation of 21 U.S.C. 846*
*TERMINATED: 11/20/2003*
*also known as*
*"Willie"*
*TERMINATED: 11/20/2003*

represented by **Gary S. Villanueva**
Gary S. Villanueva, Attorney At Law
401 Broadway, Suite 1503
New York, NY 10013
(212)-219-0100
Fax: (212)-219-3701
Email: garyvillanueva@aol.com
*LEAD ATTORNEY*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 21:846=ND.F CONSPIRACY TO DISTRIBUTE NARCOTICS (1s) | Imprisonment: 168 Months; Supervised Release: 5 Years. |
| 21:963=NI.F | |

ATTEMPT/CONSPIRACY -
NARCOTICS -
IMPORTATION/EXPORTATION
(2s)

Imprisonment: 168 Months; Supervised Release: 5 Years.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

21:846=ND.F CONSPIRACY TO
DISTRIBUTE NARCOTICS
(HEROIN)
(1)

21:963=NI.F
ATTEMPT/CONSPIRACY -
NARCOTICS -
IMPORTATION/EXPORTATION
(IMPORTING HEROIN)
(2)

**Disposition**

Dismissed.

Dismissed.

**Highest Offense Level (Terminated)**

Felony

**Complaints**

None

**Disposition**

---

Assigned to: Judge Richard M. Berman

**Defendant (3)**

**Hector Carvajal**
*TERMINATED: 07/18/2003*

represented by **Mark B Gombiner**
Federal Defenders of New York Inc.
(NYC)
52 Duane Street
10th Floor
New York, NY 10007
212-417-8700
Fax: 212-571-0392
Email: mark_gombiner@fd.org
*TERMINATED: 07/18/2003*
*LEAD ATTORNEY*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

**Disposition**

The defendant is hereby committed to

21:846=ND.F CONSPIRACY TO DISTRIBUTE NARCOTICS (HEROIN)
(1)

the custody of the United States Bureau of Prisons to be imprisoned for a total of 120 months. Upon release from imprisonment, the defendant shall be on superivsed release for a term of 5 years.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

21:963=NI.F ATTEMPT/CONSPIRACY - NARCOTICS - IMPORTATION/EXPORTATION (IMPORTING HEROIN)
(2)

**Disposition**

Count 2 is dismissed on the motion of the United States.

**Highest Offense Level (Terminated)**

Felony

**Complaints**

None

**Disposition**

---

Assigned to: Judge Richard M. Berman

Appeals court case number: 03-1735
U.S.C.A. 2nd Cir.

**Defendant (4)**

**Hector Ruiz**
*TERMINATED: 12/29/2003*

represented by **B. Alan Seidler**
580 Broadway
New York, NY 10012
(914) 572-7057
*LEAD ATTORNEY*

**Isabelle A. Kirshner**
Clayman & Rosenberg
305 Madison Avenue, Ste. 1301
New York, NY 10165
(212)-922-1080
Fax: (212)-949-8255
Email: ikirshner@aol.com
*TERMINATED: 12/06/2002*
*LEAD ATTORNEY*
*Designation: CJA Appointment*

John Sand Siffert
Lankler Siffert & Wohl LLP
500 Fifth Avenue
33rd Floor
New York, NY 10110
212-921-8339
Fax: 212-764-3701
Email: jsiffert@lswlaw.com
*LEAD ATTORNEY*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 21:846=ND.F CONSPIRACY TO DISTRIBUTE NARCOTICS (1s) | Imprisonment of 121 Months. Supervised Release for a term of 5 Years. |

**Highest Offense Level (Opening)**
Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 21:846=ND.F CONSPIRACY TO DISTRIBUTE NARCOTICS (HEROIN) (1) | All open counts are dismissed on the motion of the US |
| 21:963=NI.F ATTEMPT/CONSPIRACY - NARCOTICS - IMPORTATION/EXPORTATION (IMPORTING HEROIN) (2) | All open counts are dismissed on the motion of the US |
| 21:963=NI.F ATTEMPT/CONSPIRACY - NARCOTICS - IMPORTATION/EXPORTATION (2s) | All open counts are dismissed on the motion of the US |

**Highest Offense Level (Terminated)**
Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

| **Plaintiff** | |
|---|---|
| **USA** | represented by **Marc Lee Mukasey** |

Bracewell & Giuliani, LLP
1177 Avenue of the Americas
19th Floor
New York, NY 10036
(212)-508-6134
Fax: (212)-938-3833
Email: marc.mukasey@bracewellgiuliani.com
*LEAD ATTORNEY*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/07/2002 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS by Ronald Reale . [ 1:02-cv-1821 ] (gmo) (Entered: 03/19/2002) |
| 03/07/2002 | 2 | Proceeding in the nature of mandamus filed. . [ 1:02-cv-1821 ] (gmo) (Entered: 03/19/2002) |
| 03/07/2002 |  | Magistrate Judge Douglas F. Eaton is so designated. [ 1:02-cv-1821 ] (gmo) (Entered: 03/19/2002) |
| 03/07/2002 | 3 | NOTICE of CHANGE OF ADDRESS by Ronald Reale . [ 1:02-cv-1821 ] (gmo) (Entered: 03/19/2002) |
| 03/07/2002 | 4 | ORDER OF DISMISSAL Accordingly, the complaint, filed in forma pauperis under 28 U.S.C. 1915(a)(1), is dismissed pursuant to 28 U.S.C. 1915(e)(2). We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. SO ORDERED. ( signed by Chief Judge Michael B. Mukasey ) [ 1:02-cv-1821 ] (gmo) (Entered: 03/19/2002) |
| 03/07/2002 | 5 | JUDGMENT for Ronald Reale . Ordered, Adjudged and Decreed: That the complaint be and it is hereby dismissed. 28 U.S.C. 1915(e)(2). We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. ( signed by Chief Judge Michael B. Mukasey ). Entered On Docket: March 19th 2002. [ 1:02-cv-1821 ] (gmo) Modified on 09/10/2002 (Entered: 03/19/2002) |
| 03/07/2002 |  | Case closed. [ 1:02-cv-1821 ] (gmo) (Entered: 03/19/2002) |
| 09/16/2002 | 1 | COMPLAINT in violation of 21 USC 846 as to Hector Carvajal, Hector Ruiz ( signed by Magistrate Judge Kevin Nathaniel Fox ) [ 1:02-m -1821 ] (kw) Modified on 09/18/2002 (Entered: 09/18/2002) |
| 09/16/2002 |  | ARREST of Hector Carvajal [ 1:02-m -1821 ] (kw) (Entered: 09/18/2002) |
| 09/16/2002 |  | ARREST of Hector Ruiz [ 1:02-m -1821 ] (kw) (Entered: 09/18/2002) |
| 09/16/2002 | 2 | CJA 23 Financial Affidavit as to Hector Ruiz : ( Signed by Magistrate Judge Kevin Nathaniel Fox ) [ 1:02-m -1821 ] (kw) Modified on 09/18/2002 (Entered: 09/18/2002) |

| | | |
|---|---|---|
| 09/16/2002 | 3 | CJA 23 Financial Affidavit as to Hector Carvajal : ( Signed by Magistrate Judge Kevin Nathaniel Fox ) [ 1:02-m -1821 ] (kw) Modified on 09/18/2002 (Entered: 09/18/2002) |
| 09/16/2002 | 4 | NOTICE of Appearance for Hector Ruiz by Attorney John Siffert [ 1:02-m -1821 ] (kw) (Entered: 09/18/2002) |
| 09/16/2002 | 5 | NOTICE of Appearance for Hector Carvajal by Attorney Mark Gombiner [ 1:02-m -1821 ] (kw) (Entered: 09/18/2002) |
| 09/16/2002 | 6 | ORDER Appointing Federal Public Defender for Hector Carvajal [ 1:02-m -1821 ] (kw) (Entered: 09/18/2002) |
| 09/16/2002 | | First Appearance as to Hector Ruiz held with defendant, CJA John Siffert by Fred Cohen, Spanish Interp. and AUSA John Collins for the government. Detention hearing set to the following date. Preliminary Examination set for 9/30/02 for Hector Ruiz ; Detention Hearing set for 11:00 9/20/02 for Hector Ruiz ; before Magistrate Judge Kevin Nathaniel Fox . [ 1:02-m -1821 ] (kw) (Entered: 09/18/2002) |
| 09/16/2002 | | First Appearance as to Hector Carvajal held with defendant, LA Mark Gombiner, Spanish Interp. and AUSA John Collins for the government. Detained on consent without prejudice. Preliminary Examination set for 10/7/02 for Hector Carvajal ; before Magistrate Judge Kevin Nathaniel Fox . [ 1:02-m -1821 ] (kw) (Entered: 09/18/2002) |
| 09/16/2002 | | CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL as to Hector Ruiz : Appointment of Attorney John S. Siffert . ( Signed by Magistrate Judge Kevin Nathaniel Fox ) [ 1:02-m -1821 ] (moc) (Entered: 09/25/2002) |
| 09/17/2002 | 1 | COMPLAINT as to William Saenz Duque, James Duque in violation of 21 U.S.C. 846 ( signed by Magistrate Judge Michael H. Dolinger ) [ 1:02-m -1836 ] (dif) (Entered: 09/18/2002) |
| 09/17/2002 | 2 | ARREST WARRANT issued as to William Saenz Duque in violation of 21 U.S.C. 846 [ 1:02-m -1836 ] (dif) (Entered: 09/18/2002) |
| 09/17/2002 | 3 | ARREST WARRANT issued as to James Duque in violation of 21 U.S.C. 846 [ 1:02-m -1836 ] (dif) (Entered: 09/18/2002) |
| 09/20/2002 | | Detention hearing as to Hector Ruiz held with CJA Fred Cohen and AUSA John P. Collins for the government. $250,000 PRB; 5 FRP (INCL DEFT'S SUPERVISOR, MR. CARVAJAR); TRAVEL RESTRICTED TO SDNY/EDNY; SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS); STRICT PRETRIAL SUPERVISION; HOME DETENTION; ELECTRONIC MONITORING; DEFT TO BE RELEASED UPON FOLLOWING CONDITIONS; SIGNING, CO-SIGNERS; SURRENDER TRAVEL DOCUMENTS; before Magistrate Judge Michael H. Dolinger . [ 1:02-m -1821 ] (dif) (Entered: 09/25/2002) |
| 09/20/2002 | | CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL as to Hector Ruiz : Appointment of Attorney Isabelle Kirshner . ( Signed by Judge Richard M. Berman ) (moc) |

| | | |
|---|---|---|
| | | (Entered: 10/11/2002) |
| 10/01/2002 | 7 | INDICTMENT as to James Duque (1) count(s) 1, 2, William Saenz Duque (2) count(s) 1, 2, Hector Carvajal (3) count(s) 1, 2, Hector Ruiz (4) count(s) 1, 2 (Preliminary Examination cancelled.) (jm) (Entered: 10/02/2002) |
| 10/04/2002 | | Status conference as to Hector Carvajal, Hector Ruiz held before Judge Richard M. Berman. Deft Carvajal present w/atty Mark Gombiner. Deft Ruiz present w/atty Isabelle Kirshner. AUSA Marc Mukasey present. Spanish interpreter Elena Rich present. Court reporter Connie Kuhl present. Defts arraigned on indictment. Defts plead NOT GUILTY to all charges in indictment. Defts continue detained. Next conference schedule for 11/8/02 at 10:30. Time excluded until 11/8/02. (bw) Modified on 10/11/2002 (Entered: 10/11/2002) |
| 10/04/2002 | | Arraignment as to Hector Carvajal, Hector Ruiz held: Hector Carvajal (3) count(s) 1, 2, Hector Ruiz (4) count(s) 1, 2, before Judge Richard M. Berman. Defts plead NOT GUILTY to all charges in indictment. (bw) (Entered: 10/11/2002) |
| 10/04/2002 | | PLEA entered by Hector Carvajal, Hector Ruiz. Court accepts plea. Not Guilty: Hector Carvajal (3) count(s) 1, 2, Hector Ruiz (4) count(s) 1, 2. (bw) (Entered: 10/11/2002) |
| 10/04/2002 | | ORAL ORDER as to Hector Carvajal, Hector Ruiz . SET pretrial conference for 10:30 a.m. 11/8/02 for Hector Carvajal, for Hector Ruiz. ( Entered by Judge Richard M. Berman ) (bw) (Entered: 10/11/2002) |
| 10/24/2002 | 8 | ORDER as to Hector Ruiz. Upon application of counsel for, it is Hector Ruiz hereby: ORDERED, pursuant to Criminal Justice Act, that Frank Gonzalez, be appointed as a private investigator to assist in the defense of Hector Ruiz, the above named deft. It is further, ORDERED, that Mr. Gonzalez be paid an hourly fee of $85.00 per hour for his services, up to a $2,500*. Should additional funds be required, counsel will apply to the Court for such funds. *Counsel may apply for good cause shown if investigation exceeds $2,500. ( Signed on 10/23/02 by Judge Richard M. Berman ). (bw) (Entered: 10/28/2002) |
| 11/08/2002 | | Status conference as to Hector Carvajal, Hector Ruiz held before Judge Richard M. Berman. Deft Ruiz present w/atty Isabelle Kirshner. Deft Carvajal present w/atty Carlos Perez Olivo. CJA attorney Gombiner substituted with attorney Olivo. AUSA Marc Mukasey present. Spanish interpreter Elena Rich present. Court reporter present. Discovery has been provided to parties. Bail hearing scheduled for deft Ruiz on 11/14/02 at 9:45. Next conference with all parties scheduled for 12/2/02 at 9:15. Time excluded until 12/2/02. (bw) (Entered: 11/13/2002) |
| 11/08/2002 | | ORAL ORDER as to James Duque, William Saenz Duque, Hector Carvajal, Hector Ruiz . SET Bail Hearing for 9:45 a.m. 11/14/02 for Hector Ruiz ; and SET status conference for 9:15 a.m. 12/2/02 for James Duque, for William Saenz Duque, for Hector Carvajal, for Hector Ruiz. ( Entered by Judge Richard M. Berman ) (bw) (Entered: 11/13/2002) |

| 11/14/2002 | | Bail hearing as to Hector Ruiz held before Judge Richard M. Berman. Deft present w/atty Isabelle Kirshner. AUSA Marc Mukasey present. Spanish interpreter Paula Gold present. Court reporter present. Bail denied for deft Ruiz. All bail conditions made by Magistrate Dollinger on 9/20/02 revoked. See transcript of record held on 11/14/02. (bw) (Entered: 11/26/2002) |
|---|---|---|
| 12/02/2002 | | Status conference as to Hector Carvajal, Hector Ruiz held before Judge Richard M. Berman. AUSA Marc Mukasey present. Deft attorney Isabelle Kirshner present. Deft attorney Carlos Perez Olivo present. Deft Ruiz and Carvajal NOT PRODUCED by Marshals because of delay at MDC. Spanish interpreter present. Court reporter present. Attorneys Kirshner and Olivo waive defts appearances. Next conference for Ruiz scheduled for 12/6/02 at 12:45. Plea scheduled for Carvajal on 1/13/03 at 4:00; Attorney given Advice of Rights form for deft Carvajal. Trial scheduled for Ruiz on 2/24/03 at 9:00. Motion for Ruiz due 1/7/03 and Answer due 1/13/03. Pre-trial Conference for Ruiz scheduled on 1/14/03 at 1:00. Joint Jury Instructions due 2/3/03. Time excluded for both defts until 2/24/03. (bw) (Entered: 12/03/2002) |
| 12/02/2002 | | ORAL ORDER as to Hector Carvajal . SET pretrial conference (Plea) for 4:00 p.m. 1/13/03 for Hector Carvajal. ( Entered by Judge Richard M. Berman ) (bw) (Entered: 12/03/2002) |
| 12/02/2002 | | ORAL ORDER as to Hector Ruiz . SET scheduling order deadlines: Status Conference for 12:45 p.m. 12/6/02 for Hector Ruiz; Motion Filing deadline set to 1/7/03 for Hector Ruiz; Response to motion deadline set to 1/13/03 for USA; Pretrial Conference set for 1:00 p.m. 1/14/03 for Hector Ruiz; Jury Trial set for 9:00 a.m. 2/24/03 for Hector Ruiz. Joint Jury Instructions due 2/3/03. ( Entered by Judge Richard M. Berman ) (bw) (Entered: 12/03/2002) |
| 12/06/2002 | | Status conference as to Hector Ruiz held before Judge Richard M. Berman. AUSA Marc Mukasey present. Deft Ruiz present w/atty Isabelle Kirshner. CJA counsel Alex Eisemann present. Spanish interpreter present. Court Reporter present. Deft Ruiz wants new counsel. New CJA counsel Alexander Eisemann appointed. All dates scheduled at 12/2/02 conference remains the same. (bw) (Entered: 12/11/2002) |
| 12/06/2002 | | ORAL ORDER as to Hector Ruiz . Substituting attorney: terminated attorney Isabelle Kirshner for Hector Ruiz, New CJA attorney Alexander Eisemann appointed. ( Entered by Judge Richard M. Berman ) (bw) (Entered: 12/11/2002) |
| 12/23/2002 | 9 | Filed Memo-Endorsement on letter: addressed to Judge Berman from Attorney Alexander E. Eisemann, dated 12/19/02, filed by deft Hector Ruiz. Mr. Eisemann requested that the trial, currently scheduled for 2/24/03, be adjourned for a few weeks; JUDGE ENDORSED - 1) Trial adjourned to 4/8/03 at 9:00; 2) Joint Jury Instructions and Pre-trial motions due 3/3/03; 3) Conference on 3/28/03 at 10:30. ( Signed on 12/20/02 by Judge Richard M. Berman ). [ microfilm 12/23/02 3pm ] (bw) (Entered: 12/26/2002) |

| | | |
|---|---|---|
| 12/27/2002 | 10 | Filed Memo-Endorsement on letter: addressed to Judge Berman from Attorney Alexander E. Eisemann, dated 12/20/02, filed by deft Hector Ruiz. Mr. Eisemann requests -- jointly on behalf of Mr. Ruiz and the govt -- that the Judge exclude Speedy Trial time until 4/8/03; JUDGE ENDORSED - Application Granted. Time excluded to 4/8/03 so that counsel may hope adequate time to prepare for trial, among other reasons under 18 USC Section 3161. ( Signed on 12/23/02 by Judge Richard M. Berman ). [ microfilm 12/27/02 12pm ] (bw) (Entered: 01/02/2003) |
| 01/13/2003 | 11 | Filed Memo-Endorsement on letter: addressed to Judge Berman from Attorney Carlos Perez-Olivo, dated 1/10/03, filed by deft Hector Carvajal. Mr. Perez-Olivo requests that the Judge adjourn this case to any date after 1/20/03, to enter a Guilty Plea; JUDGE ENDORSED - Adjourned to 1/29/03 at 2:00. Time excluded under 18 USC Section 3161 to facilitate plea negotiations. ( Signed on 1/10/03 by Judge Richard M. Berman ). [ microfilm 1/13/03 3pm ] (bw) (Entered: 01/14/2003) |
| 01/17/2003 | | First Appearance as to William Saenz Duque held, Arraignment set for 1/17/03 for William Saenz Duque; AUSA Marc Mukasey pres, Dft pres w/atty Gary Villanueva (CJA). Detention on consent without prejudice. Preliminary hearing set for 1/21/03 at 2:30 p.m. Dft arraigned and pleads NOT GUILTY before Magistrate Judge Douglas F. Eaton. (ja) Modified on 01/21/2003 (Entered: 01/21/2003) |
| 01/17/2003 | | PRETRIAL CONFERENCE as to William Saenz Duque set at 2:30 1/21/03 for William Saenz Duque before Judge Berman. (ja) Modified on 01/21/2003 (Entered: 01/21/2003) |
| 01/17/2003 | | First Appearance as to James Duque held before Magistrate Judge Douglas F. Eaton . (ja) (Entered: 01/21/2003) |
| 01/17/2003 | | Arraignment as to James Duque, William Saenz Duque held James Duque (1) count(s) 1, 2, William Saenz Duque (2) count(s) 1, 2 before Magistrate Judge Douglas F. Eaton. Dft James Duque and defense counsel Alan Kaufman for Don D. Buchwald pres; AUSA Marc Mukasey and Spanish interpreter pres. Dft James Duque arraigned and pleads NOT GUILTY to 02 Cr 1290 (RMB). Bail status - detained. Dft William Saenz-Duque and defense counsel Gary Villanueva pres; AUSA Marc Mukasey and Spanish interpreter pres. Dft William Saenz-Duque arraigned and pleads NOT GUILTY to 02 Cr 1290 (RMB). Bail status - detained. Next conference on 1/21/03 at 2:30 p.m. before Judge Berman. (ja) (Entered: 01/21/2003) |
| 01/17/2003 | | PLEA entered by James Duque, William Saenz Duque . Court accepts plea. Not Guilty: James Duque (1) count(s) 1, 2, William Saenz Duque (2) count(s) 1, 2 (ja) (Entered: 01/21/2003) |
| 01/17/2003 | | PRETRIAL CONFERENCE as to James Duque set at 2:30 1/21/03 for James Duque (ja) (Entered: 01/21/2003) |
| 01/17/2003 | 12 | NOTICE of Appearance for William Saenz Duque by Attorney Gary Villanueva (ja) (Entered: 01/21/2003) |
| | | |

| | | |
|---|---|---|
| 01/17/2003 | 13 | CJA 23 Financial Affidavit as to William Saenz Duque : ( Signed by Magistrate Judge Douglas F. Eaton ) (ja) (Entered: 01/21/2003) |
| 01/17/2003 | 14 | CJA 23 Financial Affidavit as to James Duque : ( Signed by Magistrate Judge Douglas F. Eaton ) (bw) (Entered: 01/22/2003) |
| 01/17/2003 | 15 | NOTICE of Appearance for James Duque by Attorney Alan R. Kaufman (for Don D. Buchwald). (bw) (Entered: 01/22/2003) |
| 01/17/2003 | | CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL as to James Duque : Appointment of Attorney Don D. Buchwald . ( Signed by Magistrate Judge Douglas F. Eaton ) (df) (Entered: 02/10/2003) |
| 01/17/2003 | | CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL as to William Saenz Duque : Appointment of Attorney Gary S. Villanueva . ( Signed by Judge Richard M. Berman ) (moc) (Entered: 02/27/2003) |
| 01/21/2003 | | PRETRIAL CONFERENCE as to James Duque, William Saenz Duque held before Judge Richard M. Berman. Arraignment held for defts James Duque and William Duque. Deft James Duque present w/atty Alan Kaufman. Deft William Duque present w/atty Gary Villanueva. AUSA Joshua Levine present. Spanish interpreter present. Court reporter present. Defts pleads not guilty to all charges in indictment. Next conference schedule for 2/3/03 at 12:00. Time excluded until 2/3/03. (bw) (Entered: 01/28/2003) |
| 01/21/2003 | | PLEA entered by James Duque, William Saenz Duque. Court accepts plea. Not Guilty: James Duque (1) count(s) 1, 2, William Saenz Duque (2) count(s) 1, 2. (bw) (Entered: 01/28/2003) |
| 01/21/2003 | | ORAL ORDER as to James Duque, William Saenz Duque . SET pretrial conference for 12:00 p.m. 2/3/03 for James Duque, for William Saenz Duque. ( Entered by Judge Richard M. Berman ) (bw) (Entered: 01/28/2003) |
| 02/03/2003 | | Status conference as to James Duque, William Saenz Duque held before Judge Richard M. Berman. Deft James Duque NOT present. Atty Alan Kaufman present. Deft William Duque NOT present. Atty Gary Villanueva present. Defense attys waives defts appearance. AUSA Anirudh Bansal present. Court reporter present. Next status conference scheduled for 2/19/03 at 11:00. Time excluded until 2/19/03. (bw) (Entered: 02/06/2003) |
| 02/03/2003 | | ORAL ORDER as to James Duque, William Saenz Duque . SET status conference for 11:00 a.m. 2/19/03 for James Duque, for William Saenz Duque. ( Entered by Judge Richard M. Berman ) (bw) (Entered: 02/06/2003) |
| 02/19/2003 | 16 | Filed Memo-Endorsement on letter: addressed to Judge Berman from Attorney Carlos Perez Olivo, dated 2/18/03, filed by deft Hector Carvajal. Mr. Olivo writes to inform the Judge that he will not be able to |

| | | |
|---|---|---|
| | | make the 11:00 a.m. court date for his client Hector Carvajal on 2/19/03. He requests that time be excluded on request of the defense under the speedy trial act to exclude time between now and the adjourned date of 3/3/03; JUDGE ENDORSED - Application for extension to 3/3/03 granted and time excluded under 18 USC Section 3161 while defendant and counsel prepare for a possible disposition. ( Signed on 2/18/03 by Judge Richard M. Berman ). [ microfilm 2/19/03 3pm ] (bw) (Entered: 02/20/2003) |
| 02/19/2003 | | PRETRIAL CONFERENCE as to James Duque, William Saenz Duque held before Judge Richard M. Berman. AUSA Marc Mukasey present; Defense atty Alan Kaufman present; Defense atty Gary Villanueva not present, Alan Kaufman standing in for Gary Villanueva; Defts James Duque and William Duque not present; Court Reporter Mr. McDaniel present; Conference held; Next conference is scheduled for 2/26/03 at 10:30 a.m.; Speedy trial time is excluded for the reasons set forth on the record from 2/19/03 until 2/26/03 pursuant to 18 USC 3161(h)(8)(A) and (B). (bw) (Entered: 02/21/2003) |
| 02/19/2003 | | ORAL ORDER as to James Duque, William Saenz Duque . SET pretrial conference for 10:30 a.m. 2/26/03 for James Duque, for William Saenz Duque. ( Entered by Judge Richard M. Berman ) (bw) (Entered: 02/21/2003) |
| 02/26/2003 | | PRETRIAL CONFERENCE as to James Duque, William Saenz Duque, Hector Ruiz held before Judge Richard M. Berman. AUSA Marc Mukasey present; Defense attorney Alan Kaufman/Don Buchwald present; Defense attorney Gary Villanueva present; Defense attorney Alex Eisemann present; Court Reporter Mike D'Amato present; Spanish interpreter David Mintz present; Defts James Duque, William Duque and Hector Ruiz present; Conference held; Next conference/hearing is scheduled for 3/21/03 at 12:00 noon. Speedy trial time is excluded for the reasons set forth on the record. (bw) (Entered: 02/27/2003) |
| 02/26/2003 | | ORAL ORDER as to James Duque, William Saenz Duque, Hector Ruiz . SET pretrial conference for 12:00 noon 3/21/03 for James Duque, for William Saenz Duque, for Hector Ruiz. ( Entered by Judge Richard M. Berman ) (bw) (Entered: 02/27/2003) |
| 03/03/2003 | | PLEA entered by Hector Carvajal. Court accepts plea. Guilty: Hector Carvajal (3) count(s) 1 . [ no endorsement, date of guilty plea was provided by Chambers. ] (bw) Modified on 07/22/2003 (Entered: 07/22/2003) |
| 03/06/2003 | 17 | MOTION by Hector Ruiz for an order suppressing certain physical evidence on the ground that it was obtained in violation of deft's rights under the Fourth Amendment to the U.S. Constitution and for such other relief as the Court may deem just and proper. Return Date not specified; Declaration of Hector Ruiz attached. (bw) Modified on 03/07/2003 (Entered: 03/07/2003) |
| 03/06/2003 | 18 | MEMORANDUM OF LAW by Hector Ruiz in support of his [17-1] |

| | | |
|---|---|---|
| | | motion for an order suppressing certain physical evidence on the ground that it was obtained in violation of deft's rights under the Fourth Amendment to the U.S. Constitution and for such other relief as the Court may deem just and proper. (bw) (Entered: 03/07/2003) |
| 03/13/2003 | 19 | (S1) SUPERSEDING INDICTMENT as to James Duque (1) count(s) 1s, 2s, William Saenz Duque (2) count(s) 1s, 2s, Hector Ruiz (4) count(s) 1s, 2s. [ microfilm 3/26/03 12pm ] (bw) (Entered: 03/27/2003) |
| 03/21/2003 | | PRETRIAL CONFERENCE as to James Duque, William Saenz Duque, Hector Ruiz held before Judge Richard M. Berman. AUSA Marc Mukasey present; Spanish interpreter Mirta Hess present; Defts Hector Ruiz, James Duque, William Duque present; Attys Buchwald and Villanueva present; Court Reporter Pam Utter present; Trial scheduled for 6/10/03; Joint jury instruction due 5/16/03; Suppression hearing scheduled for 4/11/03 at 11:00 a.m.; Conference scheduled for 3/26/03 at 10:00 a.m.; Speedy trial time is excluded for the reasons set forth on the record from 3/21/03 until 6/10/03 pursuant to 18 USC 3161(h)(8)(A) and (B). (bw) (Entered: 03/25/2003) |
| 03/21/2003 | | ORAL ORDER as to James Duque, William Saenz Duque, Hector Ruiz . SET scheduling order deadlines: Pretrial Conference set for 10:00 a.m. 3/26/03 for James Duque, for William Saenz Duque, for Hector Ruiz; Jury Trial set for 6/10/03 for James Duque, for William Saenz Duque, for Hector Ruiz. ( Entered by Judge Richard M. Berman ) (bw) (Entered: 03/25/2003) |
| 03/21/2003 | | Suppression hearing as to James Duque, William Saenz Duque, Hector Ruiz set at 11:00 a.m. 4/11/03. (bw) (Entered: 03/25/2003) |
| 04/02/2003 | 20 | SEALED DOCUMENT as to James Duque (wv) (Entered: 04/02/2003) |
| 04/04/2003 | 21 | MOTION by James Duque for the following relief: A. For an Order dismissing the case on the grounds that venue does not properly lie in this District ; and B. For an Order granting their application to proceed with the pre-trial depositions of five Aruban law enforcement authorities, to wit: (i) Glenn Frederick De Windt, (ii) Renato Roselo Emerencia, (iii) Anthony Minas Lambrinos, (iv) Gilbert Solomon Oduber, and (v) Elisa Mirea Van Loon, if the Govt cannot assure that said individuals will voluntarily appear for trial and the Govt will not enter into testimonial stipulations as to said individuals setting forth the matters attributed to each in the Aruban surveillance report recently furnished by the Govt to defense counsel ; and C. For an Order to join in, and adopt by reference, those requests for relief by his co-defts to the extent that they are neither inconsistent with, nor antagonistic to, his position. Return Date not specified. (bw) (Entered: 04/07/2003) |
| 04/04/2003 | 22 | MEMORANDUM by James Duque in support of [21-1] motion A. For an Order dismissing the case on the grounds that venue does not properly lie in this District, [21-2] motion B. For an Order granting their application to proceed with the pre-trial depositions of five Aruban law enforcement authorities, to wit: (i) Glenn Frederick De Windt, (ii) Renato |

| | | |
|---|---|---|
| | | Roselo Emerencia, (iii) Anthony Minas Lambrinos, (iv) Gilbert Solomon Oduber, and (v) Elisa Mirea Van Loon, if the Govt cannot assure that said individuals will voluntarily appear for trial and the Govt will not enter into testimonial stipulations as to said individuals setting forth the matters attributed to each in the Aruban surveillance report recently furnished by the Govt to defense counsel, [21-3] motion C. For an Order to join in, and adopt by reference, those requests for relief by his co-defts to the extent that they are neither inconsistent with, nor antagonistic to, his position. (bw) (Entered: 04/07/2003) |
| 04/16/2003 | 23 | SEALED DOCUMENT as to William Saenz Duque (js) (Entered: 04/16/2003) |
| 04/25/2003 | 24 | SEALED DOCUMENT as to James Duque (js) (Entered: 04/25/2003) |
| 04/25/2003 | 25 | SEALED DOCUMENT as to William Saenz Duque (js) (Entered: 04/25/2003) |
| 04/29/2003 | 28 | SEALED DOCUMENT as to Hector Ruiz (wv) (Entered: 05/30/2003) |
| 05/20/2003 | | Status conference as to William Saenz Duque held before Judge Richard M. Berman. AUSA Marc Mukasey present; Deft William Duque with attorney Gary Villanueva present; Court reporter present; Spanish interpreter present; Next status conference to be held 5/21/03 at 2:30. (bw) (Entered: 05/23/2003) |
| 05/20/2003 | | ORAL ORDER as to William Saenz Duque . SET status conference for 2:30 5/21/03 for William Saenz Duque. ( Entered by Judge Richard M. Berman ) (bw) (Entered: 05/23/2003) |
| 05/21/2003 | | Status conference as to William Saenz Duque held before Judge Richard M. Berman. AUSA Marc Mukasey present. AUSA Lauren Goldberg present; Defendant William Duque present with atty Gary Villanueva; CJA counsel Philip Edelbaum present. Court reporter Bonnie Pruszynski present; Conference held. Next conference is scheduled for 5/22/03 at 2:45pm. (jw) (Entered: 05/30/2003) |
| 05/21/2003 | | Status conference as to William Saenz Duque set at 2:45 5/22/03 for William Saenz Duque (jw) (Entered: 05/30/2003) |
| 05/22/2003 | | Status conference as to William Saenz Duque held before Judge Richard M. Berman. AUSA Marc Mukasey present. AUSA Lauren Goldberg present. Defendant William Duque present with atty Gary Villanueva; CJA counsel Michael Sporn present; Atty Gary Villanueva relieved of duty. Court Reporter Steven Greenblum present; Spanish Interpreter Terrence McEnery present; Conference held. Next conference is scheduled for May 30, 2003 at 10:45. (jw) (Entered: 05/30/2003) |
| 05/22/2003 | | Status conference as to William Saenz Duque set at 10:45 5/30/03 for William Saenz Duque (jw) (Entered: 05/30/2003) |
| 05/23/2003 | 26 | TRANSCRIPT of record of proceedings as to Hector Carvajal for dates of March 3, 2003, before Judge Richard M. Berman . (dt) (Entered: 05/23/2003) |