```
     3ccrruis                                                          1

 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x

 3   UNITED STATES OF AMERICA

 4              v.                          02 Cr. 1290 (RMB)

 5   HECTOR RUIZ,
                                            Sentence
 6                   Defendant.

 7   ------------------------------x
                                            New York, N.Y.
 8                                          December 12, 2003
                                            3:15 p.m.
 9
     Before:
10
              HON. RICHARD M. BERMAN
11
                                            District Judge
12

13         APPEARANCES

14
     JAMES B. COMEY
15   United States Attorney for the
     Southern District of New York
16        One St. Andrew's Plaza
          New York, N.Y.  10007
17   MARC L. MUKASEY
     LAUREN GOLDBERG
18        Assistant United States Attorneys

19
     B. ALAN SEIDLER, ESQ..
20   Attorney for Defendant
          127 S. Broadway
21        Nyack, New York  10960
          (845)358-3860

22

23   ROBERT VAN NORMAN WHITFORD
          Interpreter (Spanish)
24

25
```

3ccrruis                                                           1

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA

            v.                      02 Cr. 1290 (RMB)

HECTOR RUIZ,
                                    Sentence
            Defendant.

------------------------------x
                                    New York, N.Y.
                                    December 12, 2003
                                    3:15 p.m.
Before:

            HON. RICHARD M. BERMAN

                                    District Judge


            APPEARANCES


JAMES B. COMEY
United States Attorney for the
Southern District of New York
      One St. Andrew's Plaza
      New York, N.Y.  10007
MARC L. MUKASEY
LAUREN GOLDBERG
      Assistant United States Attorneys


B. ALAN SEIDLER, ESQ..
Attorney for Defendant
      127 S. Broadway
      Nyack, New York  10960
      (845)358-3860


ROBERT VAN NORMAN WHITFORD
      Interpreter (Spanish)
```

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

1                (Case called)

2                THE COURT:  Good afternoon.  We are on today for

3     sentencing.  We have a Spanish language interpreter.  I would

4     ask Mr. Ruiz if he is able to understand these proceedings with

5     the help of the interpreter.

6                THE DEFENDANT:  (Through the interpreter)  Yes.

7                THE COURT:  Let me say at the outset, before I deal

8     with the legal issues that you all have raised, that there are

9     certain constraints that apply to the sentencing.  One is, of

10    course, the most important, which is the jury's determination

11    in this case.  We will talk about that a little bit further.

12    In addition, there are the sentencing guidelines which apply in

13    all criminal cases.  And there is a statutory minimum here as

14    well that applies, which I am sure counsel is aware of.

15               Before I start, I would ask counsel if any

16    consideration has been given to what are called the safety

17    valve provisions of the sentencing guidelines, which under

18    appropriate circumstances, if the conditions are met, allow

19    sentencing below the statutory minimum.

20               MR. MUKASEY:  Judge, I want the record to reflect that

21    before the trial of Hector Ruiz and the other defendants in

22    this case I raised the issue of the safety valve possibility

23    with Alex Eisemann, prior counsel to Mr. Ruiz.  I invited Mr.

24    Ruiz, through counsel, to come in and safety valve and also

25    suggested to Mr. Eisemann that that would be an avenue

1    available to reduce his sentence even if convicted after trial.

2              So from the government's perspective, that has been

3    raised.  There was never any response either from Mr. Eisemann

4    other than an indication that Mr. Ruiz wasn't going to do that

5    prior to trial, and I haven't heard anything post-trial on that

6    subject.

7              THE COURT:  I am raising it just to have it clear so

8    that we have a clear record as to the defense position and the

9    government's position.

10             MR. SEIDLER:  Your Honor, I have discussed the issue

11   with Mr. Ruiz.  It is my firm conviction that Mr. Ruiz is not

12   going to meet the fifth criteria to the government's

13   satisfaction or anything even close to it.  Therefore, I did

14   not pursue such a meeting.

15             THE COURT:  I just wanted people to be aware of the

16   possibility.

17             Let's then talk about the legal issues that have been

18   raised here.  By letter dated November 14, 2003, the defense

19   objects to various paragraphs in the pre-sentence investigation

20   report.

21             Incidentally, with respect to that, and before I go

22   any further, the pre-sentence investigation report, as I am

23   sure you are aware, incorrectly refers in several places not to

24   Mr. Ruiz but to one of the other persons who was charged in

25   this offense, Mr. Duque.  My office called them -- that is an