# RESUME

**Noel R. Vadell**
**Forensic Chemist**
U.S. Department of Justice
Drug Enforcement Administration
Northeast Laboratory, New York

## EDUCATION

B.S. in Chemistry
Temple University
Philadelphia, PA- 1994

## TRAINING

Completed a 9 month training in drug analysis and drug identification, Drug Enforcement Administration, Northeast Laboratory
1 week course HP GC/MSD Chemstation and Instrument Operation, Atlanta, GA
1 week course Clandestine Laboratory Investigation/Safety Certification Program, DEA Academy, Quantico, VA
4 week Basic Forensic Chemist School, DEA Academy, Quantico, VA

## TECHNICAL EXPERIENCE

*Undergraduate Research Assistant* - Chemistry Dept., Temple University 1992-93
*Chemistry Laboratory Instructor* - Chemistry Dept., Temple University
   Summer 1994.
*Assistant Chemist* - Research & Development, Dupont 1994-1996.
*Quality Control Chemist* - Quality Assurance, Actimed Medical Laboratory
   1996-97.
*Analytical/Inorganic Chemist* - Analytical Research & Development, Sun
   Oil Refining & Marketing: Sep 1997 - Mar 1998
*Forensic Chemist* - Drug Enforcement Administration, Northeast Laboratory:
   March 1998 – Present
*Clandestine Laboratory Instructor* - Drug Enforcement Administration
   DEA Academy, Quantico, VA

## COURT EXPERIENCE

Qualified as an expert witness in United States District Court, Eastern and Southern Districts of New York, Southern District of New Jersey

3509-A

**U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION**
## FORENSIC CHEMIST WORKSHEET

| RECEIVED | | 3. SEALS | 4. FILE NO./EXHIBIT NO./LAB NO. |
|---|---|---|---|
| 1. FROM D. Michael | 2. DATE 10/22/02 | ☒ Intact  ☐ Broken  ☐ None | C1- 02... |

**5. DESCRIPTION OF EVIDENCE**

Received a plastic HSEE (IB-16540I) containing a pb which further contained tan powder.

**6. SUMMARY OF FINDINGS**

Exhibit # 2 contains heroin hydrochloride

Gwt = 24.5g
Nwt = 0.44g

| 7. EXH. NO. | 8. LAB. NO. | 9. ACTIVE DRUG INGREDIENT | 10. QUANTITATIVE RESULTS | 11. AMT. OF PURE DRUG | 12. RESERVE |
|---|---|---|---|---|---|
| 2 | 152975 | heroin hydrochloride | 77% | 0.33g | 0.32g |
| | | | | | |
| | | | | | |

**13. RESERVE EVIDENCE**

Resealed original packaging and whirl-pak w/spl. Returned lot 1 to the main vault.

| 14. FORENSIC CHEMIST'S SIGNATURE | 15. DATE REPORTED | 16. REVIEWED BY (Initials) & DATE |
|---|---|---|
| Noel Dadell | 10/23/02 | 10/24 |

**17. REMARKS**   9200.005

3509-B

FORM DEA-86 (8-00) Previous editions are obsolete.   Electronic Version Designed in JetForm 6.2 Version

FILE NO. C1-02[redacted]    EXHIBIT NO. 1    LAB NO. 152 974

GROSS WEIGHT: 8134 g (PWG)

DATE OPENED: 9/23/02

NET WEIGHT:
~~am~~ material + (3) subst bags    4423.68 g
(-TW) (3) subst bags    − 59.00 g
                          4364.68 g

Compt:
spl+ whirl -pk    27.11 g
(TW) whirl -pk   − 1.87 g
                  25.24 g

EVIDENCE SAMPLING PROCEDURES:
assemble suitcase and removed black foam lining. Screened, ground
& liquid $N_2$ ) and analyzed via instrumentation.

QUALITATIVE:
for test:
rquis → violet
cobalts → purple to green

GC-MSD : General Method
spl + chloroform/methanol → contains
lidocaine, heroin and other alkaloid
artifacts.

T I R : chloroform extraction
spl + ch(s) Solubles KBr pellet → consistent w/ heroin Hcl
salt form

QUANTITATION:
GC-FID
METHOD #: HER3OM
STANDARD: heroin Hcl std #62C : 564.4 mg (97.35%)/200mL
DATE PREPARED: 9/4/02
SAMPLE: 211.2 mg (tared)/50mL

| compound | Rel Ret time to heroin |
|---|---|
| lidocaine #591 | 0.32 |
| 152 974 (Ave of (2) runs) | 0.32 |

Results : Average of (2) runs

$$\frac{25.85\% + 26.09\%}{2} = 25.97\% \text{ heroin Hcl}$$

64.6 g (25%) = 1091.15 g

RESERVE WEIGHT:
+ whirl - pak    26.57 g
                − 1.87 g
                 24.70 g
              +4339.44 g
               4364.14 g − 1.0 g = 4363.14 g

SPECIAL PROGRAMS: ~~N/A~~ 1.0 g removed for HSP

GROSS WEIGHT AFTER ANALYSIS:
4.77 kg + 4.622 kg = 9.099 g
(SEE B)

DATE SEALED: 9/24/02

3509-C

FORM DEA-86 (8-00) Reverse

**U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION**

## FORENSIC CHEMIST WORKSHEET

Page 1 of 1

| 1. FROM | 2. DATE | 3. SEALS | 4. FILE NO./EXHIBIT NO./LAB NO. |
|---|---|---|---|
| Pawn Michael | 9/23/02 | [X] Intact  [ ] Broken  [ ] None | 1 | 152974 |

**5. DESCRIPTION OF EVIDENCE:**

Received, a tan plastic wrapped w/ clear fiber tape package containing a dark blue canvas suitcase labeled "Dingxin". Tan powder material concealed within foam (black) lining of suitcase.

**6. SUMMARY OF FINDINGS:**

Exhibit #1 contains heroin hydrochloride and lidocaine (salt undetermined)

Gwt = 8.134 kg

Nwt = 4.364 kg

1.0 g removed for special program

| 7. EXH. NO. | 8. LAB. NO. | 9. ACTIVE DRUG INGREDIENT | 10. QUANTITATIVE RESULTS | 11. AMT. OF PURE DRUG | 12. RESERVE |
|---|---|---|---|---|---|
| 1 | 152974 | heroin hydrochloride | 25% | 1.091 kg | 4.363 kg |
| | | | | | |
| | | | | | |

**13. RESERVE EVIDENCE**

Sealed (disassemble) suitcase in a box. Sealed (3) subst bags w/ foam drugs lining and whirl-pak w/ spl. Returned 2 of 2 to the main vault.

| 14. FORENSIC CHEMIST'S SIGNATURE | 15. DATE REPORTED | 16. REVIEWED BY (Initials) & DATE |
|---|---|---|
| Noil Jadell | 9/24/02 | [initials] |

**17. REMARKS:**

9200.005
8228.900
9455.000

3509-D

MM 9/27/02

FILE NO. 01-02-▓▓▓  EXHIBIT NO. 2  LAB NO. 152975 (NJ)

GROSS WEIGHT:
24.52 g

DATE OPENED:
10/22/02

NET WEIGHT:
Spl + original pb — 0.66 g
(Tw) original pb — 0.22 g
                    ─────────
                    0.44 g

EVIDENCE SAMPLING PROCEDURES:
Screened and analyzed entire exhibit.

QUALITATIVE:
color test
Fnoehlers → purple
Furfural → No rxn

Microscope test:
30% HOAc → no insolubles observed
30% HOAc + 5% HgCl$_2$ → observed clusters of needle-li
                                                crystals

ETIR: ~~chloroform extraction~~
       Sample ~~direct~~
KBr pellet → contains Heroin HCl

QUANTITATION:
GC-FID

METHOD #:
HER30M

STANDARD: heroin HCl std # 62C : 457.0 mg (97.35%) / 250 mL

DATE PREPARED:
10/16/02

SAMPLE:
112.2 mg (tared) / 50 mL

Results: Average of (2) runs

$$\frac{77.48\% + 77.49\%}{2} = 77.48\% \text{ heroin HCl}$$

0.44 g (77%) = [0.33 g]

RESERVE WEIGHT:
Spl + whirl-pk   2.15 g
(Tw) whirl-pk  − 1.83 g
                 ─────────
                 0.32 g

SPECIAL PROGRAMS:
Insufficient amount for HSP

GROSS WEIGHT AFTER ANALYSIS:
26.44 g

DATE SEALED:
10/23/02

3509-E

FORM DEA-86 (8-00) Reverse

TOTAL P.05